# Exhibit 2

| US8559635B1 | QA ("The accused instrumentality") |
| --- | --- |
| 1. A method for controlling the decryption of encrypted programming at a subscriber station, said method comprising the steps of: | The accused instrumentality practices a method for controlling the decryption of encrypted programming (e.g., encrypted digital content programming, etc.) at a subscriber station (e.g.., a user computer that accesses website of the accused instrumentality, etc.).<br><br>The accused instrumentality supports TLS 1.3 standard. It provides encrypted digital content (e.g., encrypted programming) to a user computer that accesses the website of the accused instrumentality. The TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. The accused instrumentality and the user computer exchange TLS handshake messages to set up a symmetric session key and then it transfers encrypted digital content using TLS record messages using the symmetric session key. |





https://www.qa.com/



# Building a data dream team: Insights from Costa Coffee

We came together with experts from our client, Costa Coffee, to discuss the impact of data apprenticeships within their organisation.

https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



*Source: Fiddler capture*



Source: Fiddler capture

Source: Fiddler capture

<table>
<tr>
<td></td>
<td>

Transport Layer Security (TLS) is a protocol which enables a client to communicate securely with a server across an untrusted network. Most notably it's used to secure HTTP connections on the web: the resulting protocol is called HTTPS.

TLS secures a network connection in three ways:

- **Encryption**: the data exchanged between client and server is encrypted while in transit, so it can't be read by any attackers.
- **Integrity**: an attacker can't secretly modify data (without detection) while it is in transit between client and server.
- **Authentication**: client and server are each able to prove to the other party that they are the entity they claim to be. On the web, servers usually authenticate themselves to clients, but clients don't usually authenticate themselves to servers.

https://developer.mozilla.org/en-US/docs/Web/Security/Defenses/Transport_Layer_Security

TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. The accused instrumentality and the user computer exchange TLS handshake messages to set up a symmetric session key and then it transfers encrypted digital content using TLS record messages using the symmetric session key. The handshake messages communication comprises encrypted parameters used to set up the symmetric session key.

</td>
</tr>
</table>

The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:

-  Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

-  A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

-  A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

The list of supported symmetric encryption algorithms has been pruned of all algorithms that are considered legacy.  Those that remain are all Authenticated Encryption with Associated Data (AEAD) algorithms.  The cipher suite concept has been changed to separate the authentication and key exchange mechanisms from the record protection algorithm (including secret key length) and a hash to be used with both the key derivation function and handshake message authentication code (MAC).

A zero round-trip time (0-RTT) mode was added, saving a round trip at connection setup for some application data, at the cost of certain security properties.

Static RSA and Diffie-Hellman cipher suites have been removed; all public-key based key exchange mechanisms now provide forward secrecy.

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446

**Protocol Overview**

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

```
    Figure 1 below shows the basic full TLS handshake:

        Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                             ServerHello  ^ Key
                                            + key_share*  | Exch
                                       + pre_shared_key*  v
                                   {EncryptedExtensions}  ^  Server
                                   {CertificateRequest*}  v  Params
                                          {Certificate*}  ^
                                    {CertificateVerify*}  | Auth
                                             {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <-------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446

```
+   Indicates noteworthy extensions sent in the
    previously noted message.

*   Indicates optional or situation-dependent
    messages/extensions that are not always sent.

{}  Indicates messages protected using keys
    derived from a [sender]_handshake_traffic_secret.

[]  Indicates messages protected using keys
    derived from [sender]_application_traffic_secret_N
```

 Figure 1: Message Flow for Full TLS Handshake

https://datatracker.ietf.org/doc/html/rfc8446

At this point, the handshake is complete, and the client and server derive the keying material required by the record layer to exchange application-layer data protected through authenticated encryption. Application Data MUST NOT be sent prior to sending the Finished message, except as specified in Section 2.3.  Note that while the server may send Application Data prior to receiving the client's Authentication messages, any data sent at that point is, of course, being sent to an unauthenticated peer.

https://datatracker.ietf.org/doc/html/rfc8446#section-5

<table>
<tr><td></td><td>

**5.2.   Record Payload Protection**

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

```
struct {
    opaque content[TLSPlaintext.length];
    ContentType type;
    uint8 zeros[length_of_padding];
} TLSInnerPlaintext;

struct {
    ContentType opaque_type = application_data; /* 23 */
    ProtocolVersion legacy_record_version = 0x0303; /* TLS v1.2 */
    uint16 length;
    opaque encrypted_record[TLSCiphertext.length];
} TLSCiphertext;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-5

</td></tr>
<tr><td>

receiving encrypted digital programming, said encrypted digital programming having an encrypted digital control signal;

</td><td>

The accused instrumentality discloses receiving encrypted (e.g., encrypted using cipher suite TLS_AES_256_GCM_SHA384) digital programming (e.g., encrypted digital content programming, etc.), said encrypted digital programming (e.g., encrypted digital content programming, etc.) having an encrypted (e.g., encrypted using SHA256RSA algorithm, public/private key pair, etc.) digital control signal (e.g., session key parameters, etc.).

The accused instrumentality supports TLS 1.3 standard. It provides encrypted digital

</td></tr>
</table>

| | |
|---|---|
| **[76: 24-67]**<br>Controller, 20, is preprogrammed with information of H, X, L, and H+X; with process-length-token, determine-command-information-word-length, evaluate-end-condition, calculate-number-of-words-to-transfer, evaluate-padding-bits-? instructions; and with token-comparison, W-token, X-token, Y-token, w-bits, x-bits, and y-bits information. *Using preprogrammed information and instructions as required, said decrypt-a-00-header-message instructions transfer the received binary information of said second message from buffer/comparator, 8, to decryptor*, 10, in the same fashion that the aforementioned transfer-a-00-header- | content (e.g., encrypted programming) to a user computer that accesses the website of the accused instrumentality. The TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. In the TLS handshake layer, a server of the accused instrumentality and the user computer exchange handshake messages to establish and negotiate a symmetric session key. Once the symmetric session key is established, the server transmits the encrypted digital content i.e., encrypted using cipher suite TLS_AES_256_GCM_SHA384, to the user computer through TLS record messages, with the content being encrypted using the established symmetric session key.<br><br>According to the TLS 1.3 secure communication standard, during TLS handshake, the server first negotiates cipher suits with the client computer. It then generates symmetric session key parameters (e.g., encrypted digital control signal) and encrypts these parameters using cryptography techniques such as SHA256RSA algorithm and public/private key pair. It transmits the encrypted symmetric session key parameters (e.g., encrypted digital control signal) to the user computer. The user computer receives the encrypted symmetric session key parameters (e.g., encrypted digital control signal) and derives symmetric key using those parameters (e.g., digital control signal).<br><br>After the completion of the TLS handshake messages, the server encrypts the application data such as digital content (e.g., encrypted digital programming), using the symmetric session key and transmits to the client computer. The client computer receives the encrypted video content (e.g., encrypted digital programming) and decrypts it using the symmetric session key. |

message instructions controlled the transfer of the information of said message from controller, 39, to buffer/comparator, 8.

Under control of said decrypt-a-00-header-message instructions, said process-length-token instructions cause controller, 20, to select the L bits of said binary signal information that begin at the first bit location that is H+X bit locations following the memory position of the first bit location of said particular received signal location at buffer/comparator, 8. Said L bits are the length token of said second message. Automatically controller, 20, compares the information of said L bits to token-comparison information and determines a match





https://www.qa.com/

with preprogrammed Y-token information. Said match causes controller, 20, automatically to select y-bits information and process said information as the numeric value of MMS-L. Next said determine-command-information-word-length instructions cause controller, 20, to determine the number of signal words in the command information of said second message by adding H+X+L to said y-bits information of MMS-L and dividing the resulting sum by the number of bits in one signal word. Then said evaluate-end-condition instructions cause controller, 20, to place a "0" at particular SPAM-Flag-@20 register memory if said command information fills a whole number of

# Building a data dream team: Insights from Costa Coffee

**We came together with experts from our client, Costa Coffee, to discuss the impact of data apprenticeships within their organisation.**



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/

signal words exactly and "1" at said memory if it does not. And said calculate-number-of-words-to-transfer instructions cause _controller, 20, to determine a particular number of signal words to transfer and place information of said number at particular working-@20 register memory_.

_Then said decrypt-a-00-header-message instructions cause controller, 20, to transmit to controller, 12, a particular transfer-decrypted-message instruction and particular decryption mark information of key J that identifies J as the decryption key_.



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



*Source: Fiddler capture*



Source: Fiddler capture

Source: Fiddler capture

Transport Layer Security (TLS) is a protocol which enables a client to communicate securely with a server across an untrusted network. Most notably it's used to secure HTTP connections on the web: the resulting protocol is called HTTPS.

TLS secures a network connection in three ways:

- **Encryption**: the data exchanged between client and server is encrypted while in transit, so it can't be read by any attackers.
- **Integrity**: an attacker can't secretly modify data (without detection) while it is in transit between client and server.
- **Authentication**: client and server are each able to prove to the other party that they are the entity they claim to be. On the web, servers usually authenticate themselves to clients, but clients don't usually authenticate themselves to servers.

https://developer.mozilla.org/en-US/docs/Web/Security/Defenses/Transport_Layer_Security

## A Summary of the TLS Handshake

An **HTTPS connection** involves two parties: the client (the one who is initiating the connection, usually your web browser), and the server. These two parties are the ones that 'shake hands.' The purpose of the SSL/TLS handshake is to perform all the cryptographic work needed to have a secure connection. This includes authenticating the SSL certificate being used, and generating an encryption key.

https://www.thesslstore.com/blog/explaining-ssl-handshake/

After these steps the SSL handshake is complete. Both parties now have a session key and will begin to communicate with an encrypted and authenticated connection.

At this point, the first bytes of "application" data (the data belonging to the actual service the two parties will communicate about – i.e. the website's HTML, Javascript, etc) can be sent.

https://www.thesslstore.com/blog/explaining-ssl-handshake/

| Security Improvements | Vulnerable to attacks like BEAST, POODLE, and Heartbleed. | Enhanced security with encrypted handshake messages and eliminates insecure protocols. | Migrating securely requires identifying and mitigating vulnerabilities in older TLS versions. |
| --- | --- | --- | --- |
| Certificate Validation | Supports certificate validation but can expose certain handshake details. | More secure, as handshake messages are encrypted. | Updating existing infrastructure to handle encrypted handshakes without compatibility issues is essential. |

https://www.encryptionconsulting.com/tls-1-2-and-tls-1-3/

TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. The accused instrumentality and the user computer exchange TLS

handshake messages to set up a symmetric session key and then it transfers encrypted digital content using TLS record messages using the symmetric session key. The handshake messages communication comprises parameters used to set up the symmetric session key.

```
The primary goal of TLS is to provide a secure channel between two
communicating peers; the only requirement from the underlying
transport is a reliable, in-order data stream.  Specifically, the
secure channel should provide the following properties:

-  Authentication: The server side of the channel is always
   authenticated; the client side is optionally authenticated.
   Authentication can happen via asymmetric cryptography (e.g., RSA
   [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA)
   [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA)
   [RFC8032]) or a symmetric pre-shared key (PSK).
```

https://datatracker.ietf.org/doc/html/rfc8446

|  | TLS consists of two primary components: <br><br> - A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack. <br><br> - A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys. <br><br> https://datatracker.ietf.org/doc/html/rfc8446 |
|---|---|

| | The list of supported symmetric encryption algorithms has been pruned of all algorithms that are considered legacy.  Those that remain are all Authenticated Encryption with Associated Data (AEAD) algorithms.  The cipher suite concept has been changed to separate the authentication and key exchange mechanisms from the record protection algorithm (including secret key length) and a hash to be used with both the key derivation function and handshake message authentication code (MAC).<br><br>A zero round-trip time (0-RTT) mode was added, saving a round trip at connection setup for some application data, at the cost of certain security properties.<br><br>Static RSA and Diffie-Hellman cipher suites have been removed; all public-key based key exchange mechanisms now provide forward secrecy.<br><br>All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446 |

**Protocol Overview**

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

encrypted digital control signal

https://datatracker.ietf.org/doc/html/rfc8446

```
    Figure 1 below shows the basic full TLS handshake:

        Client                                      Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                               ServerHello  ^ Key
                                              + key_share*  | Exch
                                         + pre_shared_key*  v
                                       {EncryptedExtensions}  ^  Server
                                       {CertificateRequest*}  v  Params
                                              {Certificate*}  ^
                                        {CertificateVerify*}  | Auth
                                                  {Finished}  v
                                <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}               -------->
       [Application Data]       <-------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446

```
   +   Indicates noteworthy extensions sent in the
       previously noted message.

   *   Indicates optional or situation-dependent
       messages/extensions that are not always sent.

   {} Indicates messages protected using keys
      derived from a [sender]_handshake_traffic_secret.

   [] Indicates messages protected using keys
      derived from [sender]_application_traffic_secret_N
```

Figure 1: Message Flow for Full TLS Handshake

https://datatracker.ietf.org/doc/html/rfc8446

In the Key Exchange phase, the client sends the ClientHello (Section 4.1.2) message, which contains a random nonce (ClientHello.random); its offered protocol versions; a list of symmetric cipher/HKDF hash pairs; either a set of Diffie-Hellman key shares (in the "key_share" (Section 4.2.8) extension), a set of pre-shared key labels (in the "pre_shared_key" (Section 4.2.11) extension), or both; and potentially additional extensions. Additional fields and/or messages may also be present for middlebox compatibility.

The server processes the ClientHello and determines the appropriate cryptographic parameters for the connection.  It then responds with its own ServerHello (Section 4.1.3), which indicates the negotiated connection parameters.  The combination of the ClientHello and the ServerHello determines the shared keys.  If (EC)DHE key establishment is in use, then the ServerHello contains a "key_share" extension with the server's ephemeral Diffie-Hellman share; the server's share MUST be in the same group as one of the client's shares.  If PSK key establishment is in use, then the ServerHello contains a "pre_shared_key" extension indicating which of the client's offered PSKs was selected.  Note that implementations can use (EC)DHE and PSK together, in which case both extensions will be supplied.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

## 4.3.  Server Parameters

The next two messages from the server, EncryptedExtensions and CertificateRequest, contain information from the server that determines the rest of the handshake.  These messages are encrypted with keys derived from the server_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

### 4.3.1. Encrypted Extensions

In all handshakes, the server MUST send the EncryptedExtensions message immediately after the ServerHello message.  This is the first message that is encrypted under keys derived from the server_handshake_traffic_secret.

The EncryptedExtensions message contains extensions that can be protected, i.e., any which are not needed to establish the cryptographic context but which are not associated with individual certificates.  The client MUST check EncryptedExtensions for the presence of any forbidden extensions and if any are found MUST abort the handshake with an "illegal_parameter" alert.

Structure of this message:

```
struct {
    Extension extensions<0..2^16-1>;
} EncryptedExtensions;
```

extensions:  A list of extensions.  For more information, see the table in Section 4.2.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

If the server does not select a PSK, then the first three of these options are entirely orthogonal: the server independently selects a cipher suite, an (EC)DHE group and key share for key establishment, and a signature algorithm/certificate pair to authenticate itself to the client.  If there is no overlap between the received "supported_groups" and the groups supported by the server, then the server MUST abort the handshake with a "handshake_failure" or an "insufficient_security" alert.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

Finally, the client and server exchange Authentication messages.  TLS uses the same set of messages every time that certificate-based authentication is needed.  (PSK-based authentication happens as a side effect of key exchange.)  Specifically:

Certificate:  The certificate of the endpoint and any per-certificate extensions.  This message is omitted by the server if not authenticating with a certificate and by the client if the server did not send CertificateRequest (thus indicating that the client should not authenticate with a certificate).  Note that if raw public keys [RFC7250] or the cached information extension [RFC7924] are in use, then this message will not contain a certificate but rather some other value corresponding to the server's long-term key.  [Section 4.4.2]

CertificateVerify:  A signature over the entire handshake using the private key corresponding to the public key in the Certificate message.  This message is omitted if the endpoint is not authenticating via a certificate.  [Section 4.4.3]

Finished:  A MAC (Message Authentication Code) over the entire handshake.  This message provides key confirmation, binds the endpoint's identity to the exchanged keys, and in PSK mode also authenticates the handshake.  [Section 4.4.4]

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

If the server successfully selects parameters and does not require a HelloRetryRequest, it indicates the selected parameters in the ServerHello as follows:

- If PSK is being used, then the server will send a "pre_shared_key" extension indicating the selected key.

- When (EC)DHE is in use, the server will also provide a "key_share" extension. If PSK is not being used, then (EC)DHE and certificate-based authentication are always used.

- When authenticating via a certificate, the server will send the Certificate (Section 4.4.2) and CertificateVerify (Section 4.4.3) messages. In TLS 1.3 as defined by this document, either a PSK or a certificate is always used, but not both. Future documents may define how to use them together.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

At this point, the handshake is complete, and the client and server derive the keying material required by the record layer to exchange application-layer data protected through authenticated encryption. Application Data MUST NOT be sent prior to sending the Finished message, except as specified in Section 2.3. Note that while the server may send Application Data prior to receiving the client's Authentication messages, any data sent at that point is, of course, being sent to an unauthenticated peer. encrypted digital control signal

https://datatracker.ietf.org/doc/html/rfc8446#section-5

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

```
struct {
    opaque content[TLSPlaintext.length];
    ContentType type;
    uint8 zeros[length_of_padding];
} TLSInnerPlaintext;

struct {
    ContentType opaque_type = application_data; /* 23 */
    ProtocolVersion legacy_record_version = 0x0303; /* TLS v1.2 */
    uint16 length;
    opaque encrypted_record[TLSCiphertext.length];
} TLSCiphertext;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-5

**Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

**7.  Cryptographic Computations**

digital control signal

The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below.  The key derivation process incorporates both the input secrets and the handshake transcript.  Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

The TLS handshake is an Authenticated Key Exchange (AKE) protocol which is intended to provide both one-way authenticated (server-only) and mutually authenticated (client and server) functionality.  At the completion of the handshake, each side outputs its view of the following values:

- A set of "session keys" (the various secrets derived from the master secret) from which can be derived a set of working keys.

- A set of cryptographic parameters (algorithms, etc.).

key derived based on control signal

- The identities of the communicating parties.

https://datatracker.ietf.org/doc/html/rfc8446#appendix-C

| | |
|---|---|
| | The TLS handshake is an Authenticated Key Exchange (AKE) protocol which is intended to provide both one-way authenticated (server-only)<br><br>Establishing the same session keys:  The handshake needs to output the same set of session keys on both sides of the handshake, provided that it completes successfully on each endpoint (see [CK01], Definition 1, part 1).<br><br>Secrecy of the session keys:  The shared session keys should be known only to the communicating parties and not to the attacker (see [CK01], Definition 1, part 2).  Note that in a unilaterally authenticated connection, the attacker can establish its own session keys with the server, but those session keys are distinct from those established by the client.<br><br>Peer authentication:  The client's view of the peer identity should reflect the server's identity.  If the client is authenticated, the server's view of the peer identity should match the client's identity.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#appendix-C<br><br>As shown below, During TLS handshake, symmetric session key parameters (e.g., digital control signals) are exchanged between a server and a client computer. These parameters are communicated securely using cryptographic keys. The parameters are used to generate symmetric session key. |

## ± Server Handshake Keys Calc ×

The server now has the information to calculate the keys used to encrypt the rest of the handshake. It uses the following information in this calculation:

- client public key (from Client Hello)
- server private key (from Server Key Exchange Generation)
- SHA384 hash of ClientHello and ServerHello

encryption of control signal

First, the server finds the shared secret, which is the result of the key exchange that allows the client and server to agree on a number. The server multiplies the client's public key by the server's private key using the curve25519() algorithm. The 32-byte result is found to be:

https://tls13.xargs.org/#open-all

From this we get the following key data:

- handshake secret: bdbbe8757494bef20de932598294ea65b5e6bf6dc5c02a960a2de2eaa9b07c92907 8d2caa0936231c38d1725f179d299
- server handshake traffic secret: 23323da031634b241dd37d61032b62a4f450584d1f7f47983ba2f7cc0 cdcc39a68f481f2b019f9403a3051908a5d1622.
- client handshake traffic secret: db89d2d6df0e84fed74a2288f8fd4d0959f790ff23946cdf4c26d85e5 1bebd42ae184501972f8d30c4a3e4a3693d0ef0.
- server handshake key: 9f13575ce3f8cfc1df64a77ceaffe89700b492ad31b4fab01c4792be1b266b7f
- server handshake IV: 9563bc8b590f671f488d2da3
- client handshake key: 1135b4826a9a70257e5a391ad93093dfd7c4214812f493b3e3daae1eb2b1ac69
- client handshake IV: 4256d2e0e88babdd05eb2f27

https://tls13.xargs.org/#open-all

± Client Handshake Keys Calc ×

The client now has the information to calculate the keys used to encrypt the rest of the handshake. It uses the following information in this calculation:

- server public key (from Server Hello)
- client private key (from Client Key Exchange Generation)
- SHA384 hash of ClientHello and ServerHello

First, the client finds the shared secret, which is the result of the key exchange that allows the client and server to agree on a number. The client multiplies the server's public key by the client's private key using the curve25519() algorithm. The properties of elliptic curve multiplication will cause this to result in the same number found by the server in its multiplication. The 32-byte result is found to be:

    df4a291baa1eb7cfa6934b29b474baad2697e29f1f920dcc77c8a0a088447624

https://tls13.xargs.org/#open-all

The connection (including the handshake) is encrypted from this point on. The encryption of handshake data is new in TLS 1.3.

https://tls13.xargs.org/#open-all

## Signature

Because the server is generating ephemeral keys for each session (optional in TLS 1.2, mandatory in TLS 1.3) the session is not inherently tied to the certificate as it was in previous versions of TLS, when the certificate's public/private key were used for key exchange.

To prove that the server owns the server certificate (giving the certificate validity in this TLS session), it signs a hash of the handshake messages using the private key associated with the certificate. The signature can be proven valid by the client by using the public key included in the certificate.

- `08 04` - reserved value for RSA-PSS-RSAE-SHA256 signature
- `01 00` - 0x100 (256) bytes of signature data follows
- `5c bb 24 ... 44 85 9c` - a signature over this handshake's hash

https://tls13.xargs.org/#open-all

## ± Client Application Keys Calc ×

The client now has the information to calculate the keys used to encrypt application traffic. It performs the same calculation shown in "Server Application Keys Calc" and finds the same values:

- server application key: 01f78623f17e3edcc09e944027ba3218d57c8e0db93cd3ac419309274700ac27
- server application IV: 196a750b0c5049c0cc51a541
- client application key: de2f4c7672723a692319873e5c227606691a32d1c59d8b9f51dbb9352e9ca9cc
- client application IV: bb007956f474b25de902432f

https://tls13.xargs.org/#open-all

https://tls13.xargs.org/#open-all

| | |
|---|---|
| detecting said control signal; passing said control signal to a decryptor that decrypts encrypted digital data at said subscriber station; decrypting said control signal;<br><br>[76: 24-67]<br>Controller, 20, is | The accused instrumentality discloses detecting said control signal (e.g., symmetric key parameters, etc.), passing said control signal (e.g., session key parameters, etc.) to a decryptor (e.g., a decryption module at a user computer, etc.) that decrypts encrypted (e.g., encrypted using SHA256RSA algorithm, public/private key pair, etc.) digital data at said subscriber station (e.g.., a user computer that accesses website of the accused instrumentality, etc.) and decrypting (e.g., decrypting using public/private key pair, etc.) said control signal (e.g., session key parameters, etc.).<br><br>The accused instrumentality supports TLS 1.3 standard. It provides encrypted digital content (e.g., encrypted programming) to a user computer that accesses the website of the accused instrumentality. The TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. In the TLS handshake layer, a server of the accused instrumentality and the user computer exchange handshake messages to |

| | |
|---|---|
| preprogrammed with information of H, X, L, and H+X; with process-length-token, determine-command-information-word-length, evaluate-end-condition, calculate-number-of-words-to-transfer, evaluate-padding-bits-? instructions; and with token-comparison, W-token, X-token, Y-token, w-bits, x-bits, and y-bits information. _Using preprogrammed information and instructions as required, said decrypt-a-00-header-message instructions transfer the received binary information of said second message from buffer/comparator, 8, to decryptor_, 10, in the same fashion that the aforementioned transfer-a-00-header-message instructions controlled the transfer | establish and negotiate a symmetric session key. Once the symmetric session key is established, the server transmits the encrypted digital content i.e., encrypted using cipher suite TLS_AES_256_GCM_SHA384, to the user computer through TLS record messages, with the content being encrypted using the established symmetric session key.<br><br>According to the TLS 1.3 secure communication standard, during TLS handshake, the server first negotiates cipher suits with the client computer. It then generates symmetric session key parameters (e.g., encrypted digital control signal) and encrypts these parameters using cryptography techniques such as SHA256RSA algorithm and public/private key pair. It transmits the encrypted symmetric session key parameters (e.g., encrypted digital control signal) to the user computer. The user computer receives the encrypted symmetric session key parameters (e.g., encrypted digital control signal) and derives symmetric key using those parameters (e.g., digital control signal).<br><br>After the completion of the TLS handshake messages, the server encrypts the application data such as digital content (e.g., encrypted digital programming), using the symmetric session key and transmits to the client computer. The client computer receives the encrypted video content (e.g., encrypted digital programming) and decrypts it using the symmetric session key. |

of the information of said message from controller, 39, to buffer/comparator, 8.

Under control of said decrypt-a-00-header-message instructions, said process-length-token instructions cause controller, 20, to select the L bits of said binary signal information that begin at the first bit location that is H+X bit locations following the memory position of the first bit location of said particular received signal location at buffer/comparator, 8. Said L bits are the length token of said second message. Automatically controller, 20, compares the information of said L bits to token-comparison information and determines a match with preprogrammed Y-token information. Said





https://www.qa.com/

match causes controller, 20, automatically to select y-bits information and process said information as the numeric value of MMS-L. Next said determine-command-information-word-length instructions cause controller, 20, to determine the number of signal words in the command information of said second message by adding H+X+L to said y-bits information of MMS-L and dividing the resulting sum by the number of bits in one signal word. Then said evaluate-end-condition instructions cause controller, 20, to place a "0" at particular SPAM-Flag-@20 register memory if said command information fills a whole number of signal words exactly and "1" at said memory

# Building a data dream team: Insights from Costa Coffee

**We came together with experts from our client, Costa Coffee, to discuss the impact of data apprenticeships within their organisation.**



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/

| | |
|---|---|
| if it does not. And said calculate-number-of-words-to-transfer instructions cause *controller, 20, to determine a particular number of signal words to transfer and place information of said number at particular working-@20 register memory*.<br><br>*Then said decrypt-a-00-header-message instructions cause controller, 20, to transmit to controller, 12, a particular transfer-decrypted-message instruction and particular decryption mark information of key J that identifies J as the decryption key*. | <br><br>https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/ |



*Source: Fiddler capture*



Source: Fiddler capture

Source: Fiddler capture

Transport Layer Security (TLS) is a protocol which enables a client to communicate securely with a server across an untrusted network. Most notably it's used to secure HTTP connections on the web: the resulting protocol is called HTTPS.

TLS secures a network connection in three ways:

- **Encryption**: the data exchanged between client and server is encrypted while in transit, so it can't be read by any attackers.
- **Integrity**: an attacker can't secretly modify data (without detection) while it is in transit between client and server.
- **Authentication**: client and server are each able to prove to the other party that they are the entity they claim to be. On the web, servers usually authenticate themselves to clients, but clients don't usually authenticate themselves to servers.

https://developer.mozilla.org/en-US/docs/Web/Security/Defenses/Transport_Layer_Security

## A Summary of the TLS Handshake

An **HTTPS connection** involves two parties: the client (the one who is initiating the connection, usually your web browser), and the server. These two parties are the ones that 'shake hands.' The purpose of the SSL/TLS handshake is to perform all the cryptographic work needed to have a secure connection. This includes authenticating the SSL certificate being used, and generating an encryption key.

https://www.thesslstore.com/blog/explaining-ssl-handshake/

After these steps the SSL handshake is complete. Both parties now have a session key and will begin to communicate with an encrypted and authenticated connection.

At this point, the first bytes of "application" data (the data belonging to the actual service the two parties will communicate about – i.e. the website's HTML, Javascript, etc) can be sent.

https://www.thesslstore.com/blog/explaining-ssl-handshake/

| Security Improvements | Vulnerable to attacks like BEAST, POODLE, and Heartbleed. | Enhanced security with encrypted handshake messages and eliminates insecure protocols. | Migrating securely requires identifying and mitigating vulnerabilities in older TLS versions. |
|---|---|---|---|
| Certificate Validation | Supports certificate validation but can expose certain handshake details. | More secure, as handshake messages are encrypted. | Updating existing infrastructure to handle encrypted handshakes without compatibility issues is essential. |

https://www.encryptionconsulting.com/tls-1-2-and-tls-1-3/

TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. The accused instrumentality and the user computer exchange TLS

<table>
<tr>
<td></td>
<td>

handshake messages to set up a symmetric session key and then it transfers encrypted digital content using TLS record messages using the symmetric session key. The handshake messages communication comprises parameters used to set up the symmetric session key.

```
The primary goal of TLS is to provide a secure channel between two
communicating peers; the only requirement from the underlying
transport is a reliable, in-order data stream.  Specifically, the
secure channel should provide the following properties:

-  Authentication: The server side of the channel is always
   authenticated; the client side is optionally authenticated.
   Authentication can happen via asymmetric cryptography (e.g., RSA
   [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA)
   [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA)
   [RFC8032]) or a symmetric pre-shared key (PSK).
```

https://datatracker.ietf.org/doc/html/rfc8446

</td>
</tr>
</table>

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

- A record protocol (Section 5) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

The list of supported symmetric encryption algorithms has been pruned of all algorithms that are considered legacy. Those that remain are all Authenticated Encryption with Associated Data (AEAD) algorithms. The cipher suite concept has been changed to separate the authentication and key exchange mechanisms from the record protection algorithm (including secret key length) and a hash to be used with both the key derivation function and handshake message authentication code (MAC).

A zero round-trip time (0-RTT) mode was added, saving a round trip at connection setup for some application data, at the cost of certain security properties.

Static RSA and Diffie-Hellman cipher suites have been removed; all public-key based key exchange mechanisms now provide forward secrecy.

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446

**Protocol Overview**

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

encrypted digital control signal

https://datatracker.ietf.org/doc/html/rfc8446

```
    Figure 1 below shows the basic full TLS handshake:

        Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                                <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}               -------->
       [Application Data]       <------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446

```
  +    Indicates noteworthy extensions sent in the
       previously noted message.

  *    Indicates optional or situation-dependent
       messages/extensions that are not always sent.

  {}   Indicates messages protected using keys
       derived from a [sender]_handshake_traffic_secret.

  []   Indicates messages protected using keys
       derived from [sender]_application_traffic_secret_N
```

 Figure 1: Message Flow for Full TLS Handshake

https://datatracker.ietf.org/doc/html/rfc8446

In the Key Exchange phase, the client sends the ClientHello (Section 4.1.2) message, which contains a random nonce (ClientHello.random); its offered protocol versions; a list of symmetric cipher/HKDF hash pairs; either a set of Diffie-Hellman key shares (in the "key_share" (Section 4.2.8) extension), a set of pre-shared key labels (in the "pre_shared_key" (Section 4.2.11) extension), or both; and potentially additional extensions. Additional fields and/or messages may also be present for middlebox compatibility.

The server processes the ClientHello and determines the appropriate cryptographic parameters for the connection. It then responds with its own ServerHello (Section 4.1.3), which indicates the negotiated connection parameters. The combination of the ClientHello and the ServerHello determines the shared keys. If (EC)DHE key establishment is in use, then the ServerHello contains a "key_share" extension with the server's ephemeral Diffie-Hellman share; the server's share MUST be in the same group as one of the client's shares. If PSK key establishment is in use, then the ServerHello contains a "pre_shared_key" extension indicating which of the client's offered PSKs was selected. Note that implementations can use (EC)DHE and PSK together, in which case both extensions will be supplied.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

## 4.3.  Server Parameters

The next two messages from the server, EncryptedExtensions and CertificateRequest, contain information from the server that determines the rest of the handshake. These messages are encrypted with keys derived from the server_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

### 4.3.1.  Encrypted Extensions

In all handshakes, the server MUST send the EncryptedExtensions message immediately after the ServerHello message.  This is the first message that is encrypted under keys derived from the server_handshake_traffic_secret.

The EncryptedExtensions message contains extensions that can be protected, i.e., any which are not needed to establish the cryptographic context but which are not associated with individual certificates.  The client MUST check EncryptedExtensions for the presence of any forbidden extensions and if any are found MUST abort the handshake with an "illegal_parameter" alert.

Structure of this message:

```
struct {
    Extension extensions<0..2^16-1>;
} EncryptedExtensions;
```

extensions:  A list of extensions.  For more information, see the table in Section 4.2.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

If the server does not select a PSK, then the first three of these options are entirely orthogonal: the server independently selects a cipher suite, an (EC)DHE group and key share for key establishment, and a signature algorithm/certificate pair to authenticate itself to the client.  If there is no overlap between the received "supported_groups" and the groups supported by the server, then the server MUST abort the handshake with a "handshake_failure" or an "insufficient_security" alert.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

Finally, the client and server exchange Authentication messages.  TLS uses the same set of messages every time that certificate-based authentication is needed.  (PSK-based authentication happens as a side effect of key exchange.)  Specifically:

Certificate:  The certificate of the endpoint and any per-certificate extensions.  This message is omitted by the server if not authenticating with a certificate and by the client if the server did not send CertificateRequest (thus indicating that the client should not authenticate with a certificate).  Note that if raw public keys [RFC7250] or the cached information extension [RFC7924] are in use, then this message will not contain a certificate but rather some other value corresponding to the server's long-term key.  [Section 4.4.2]

CertificateVerify:  A signature over the entire handshake using the private key corresponding to the public key in the Certificate message.  This message is omitted if the endpoint is not authenticating via a certificate.  [Section 4.4.3]

Finished:  A MAC (Message Authentication Code) over the entire handshake.  This message provides key confirmation, binds the endpoint's identity to the exchanged keys, and in PSK mode also authenticates the handshake.  [Section 4.4.4]

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

### 4.4.3. Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

If the server successfully selects parameters and does not require a HelloRetryRequest, it indicates the selected parameters in the ServerHello as follows:

- If PSK is being used, then the server will send a "pre_shared_key" extension indicating the selected key.

- When (EC)DHE is in use, the server will also provide a "key_share" extension. If PSK is not being used, then (EC)DHE and certificate-based authentication are always used.

- When authenticating via a certificate, the server will send the Certificate (Section 4.4.2) and CertificateVerify (Section 4.4.3) messages. In TLS 1.3 as defined by this document, either a PSK or a certificate is always used, but not both. Future documents may define how to use them together.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

At this point, the handshake is complete, and the client and server derive the keying material required by the record layer to exchange application-layer data protected through authenticated encryption. Application Data MUST NOT be sent prior to sending the Finished message, except as specified in Section 2.3. Note that while the server may send Application Data prior to receiving the client's Authentication messages, any data sent at that point is, of course, being sent to an unauthenticated peer. encrypted digital control signal

https://datatracker.ietf.org/doc/html/rfc8446#section-5

### 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure
into a TLSCiphertext structure.  The deprotection functions reverse
the process.  In TLS 1.3, as opposed to previous versions of TLS, all
ciphers are modeled as "Authenticated Encryption with Associated
Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption
and authentication operation which turns plaintext into authenticated
ciphertext and back again.  Each encrypted record consists of a
plaintext header followed by an encrypted body, which itself contains
a type and optional padding.

```
struct {
    opaque content[TLSPlaintext.length];
    ContentType type;
    uint8 zeros[length_of_padding];
} TLSInnerPlaintext;

struct {
    ContentType opaque_type = application_data; /* 23 */
    ProtocolVersion legacy_record_version = 0x0303; /* TLS v1.2 */
    uint16 length;
    opaque encrypted_record[TLSCiphertext.length];
} TLSCiphertext;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-5

### Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

### 7.  Cryptographic Computations

digital control signal

The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below.  The key derivation process incorporates both the input secrets and the handshake transcript.  Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

The TLS handshake is an Authenticated Key Exchange (AKE) protocol which is intended to provide both one-way authenticated (server-only) and mutually authenticated (client and server) functionality.  At the completion of the handshake, each side outputs its view of the following values:

- A set of "session keys" (the various secrets derived from the master secret) from which can be derived a set of working keys.

- A set of cryptographic parameters (algorithms, etc.).

key derived based on control signal

- The identities of the communicating parties.

https://datatracker.ietf.org/doc/html/rfc8446#appendix-C

```
The TLS handshake is an Authenticated Key Exchange (AKE) protocol
which is intended to provide both one-way authenticated (server-only)

Establishing the same session keys:  The handshake needs to output
    the same set of session keys on both sides of the handshake,
    provided that it completes successfully on each endpoint (see
    [CK01], Definition 1, part 1).

Secrecy of the session keys:  The shared session keys should be known
    only to the communicating parties and not to the attacker (see
    [CK01], Definition 1, part 2).  Note that in a unilaterally
    authenticated connection, the attacker can establish its own
    session keys with the server, but those session keys are distinct
    from those established by the client.

Peer authentication:  The client's view of the peer identity should
    reflect the server's identity.  If the client is authenticated,
    the server's view of the peer identity should match the client's
    identity.
```

https://datatracker.ietf.org/doc/html/rfc8446#appendix-C

As shown below, During TLS handshake, symmetric session key parameters (e.g., digital control signals) are exchanged between a server and a client computer. These parameters are communicated securely using cryptographic keys. The parameters are used to generate symmetric session key.

± Server Handshake Keys Calc ×

The server now has the information to calculate the keys used to encrypt the rest of the handshake. It uses the following information in this calculation:

- client public key (from Client Hello)
- server private key (from Server Key Exchange Generation)
- SHA384 hash of ClientHello and ServerHello

*encryption of control signal*

First, the server finds the shared secret, which is the result of the key exchange that allows the client and server to agree on a number. The server multiplies the client's public key by the server's private key using the curve25519() algorithm. The 32-byte result is found to be:

https://tls13.xargs.org/#open-all

From this we get the following key data:

- handshake secret: bdbbe8757494bef20de932598294ea65b5e6bf6dc5c02a960a2de2eaa9b07c92907 8d2caa0936231c38d1725f179d299
- server handshake traffic secret: 23323da031634b241dd37d61032b62a4f450584d1f7f47983ba2f7cc0 cdcc39a68f481f2b019f9403a3051908a5d1622.
- client handshake traffic secret: db89d2d6df0e84fed74a2288f8fd4d0959f790ff23946cdf4c26d85e5 1bebd42ae184501972f8d30c4a3e4a3693d0ef0.
- server handshake key: 9f13575ce3f8cfc1df64a77ceaffe89700b492ad31b4fab01c4792be1b266b7f
- server handshake IV: 9563bc8b590f671f488d2da3
- client handshake key: 1135b4826a9a70257e5a391ad93093dfd7c4214812f493b3e3daae1eb2b1ac69
- client handshake IV: 4256d2e0e88babdd05eb2f27

https://tls13.xargs.org/#open-all

± Client Handshake Keys Calc ×

The client now has the information to calculate the keys used to encrypt the rest of the handshake. It uses the following information in this calculation:

- server public key (from Server Hello)
- client private key (from Client Key Exchange Generation)
- SHA384 hash of ClientHello and ServerHello

First, the client finds the shared secret, which is the result of the key exchange that allows the client and server to agree on a number. The client multiplies the server's public key by the client's private key using the curve25519() algorithm. The properties of elliptic curve multiplication will cause this to result in the same number found by the server in its multiplication. The 32-byte result is found to be:

    df4a291baa1eb7cfa6934b29b474baad2697e29f1f920dcc77c8a0a088447624

https://tls13.xargs.org/#open-all

The connection (including the handshake) is encrypted from this point on. The encryption of handshake data is new in TLS 1.3.

https://tls13.xargs.org/#open-all

## Signature

Because the server is generating ephemeral keys for each session (optional in TLS 1.2, mandatory in TLS 1.3) the session is not inherently tied to the certificate as it was in previous versions of TLS, when the certificate's public/private key were used for key exchange.

To prove that the server owns the server certificate (giving the certificate validity in this TLS session), it signs a hash of the handshake messages using the private key associated with the certificate. The signature can be proven valid by the client by using the public key included in the certificate.

- `08 04` - reserved value for RSA-PSS-RSAE-SHA256 signature
- `01 00` - 0x100 (256) bytes of signature data follows
- `5c bb 24 ... 44 85 9c` - a signature over this handshake's hash

https://tls13.xargs.org/#open-all

## ± Client Application Keys Calc ×

The client now has the information to calculate the keys used to encrypt application traffic. It performs the same calculation shown in "Server Application Keys Calc" and finds the same values:

- server application key: `01f78623f17e3edcc09e944027ba3218d57c8e0db93cd3ac419309274700ac27`
- server application IV: `196a750b0c5049c0cc51a541`
- client application key: `de2f4c7672723a692319873e5c227606691a32d1c59d8b9f51dbb9352e9ca9cc`
- client application IV: `bb007956f474b25de902432f`

https://tls13.xargs.org/#open-all

| | |
|---|---|
| | ± Server Application Keys Calc × <br><br> The server now has the information to calculate the keys used to encrypt application traffic. It uses the following information in this calculation: **digital control signal** <br><br> • The handshake secret (from "Server Handshake Key Calc") <br> • The SHA384 hash of every handshake message from Client Hello to Server Handshake Finished <br><br> We calculate the SHA384 hash of all handshake messages to this point(Client Hello, Server Hello, [unwrapped] Encrypted Extensions, [unwrapped] Server Certificate, [unwrapped] Server Certificate Verify, [unwrapped] Server Finished). The hash input does not include the 5-byte "record" headers of ClientHello and ServerHello. It also doesn't include the trailing 1-byte "record type" of unwrapped records. This "handshake_hash" is `fa6800169a6baac19159524fa7b9721b41be3c9db6f3f93fa5ff7e3db3ece204d2b456c51046e40ec5312c55a86126f5`: <br><br> https://tls13.xargs.org/#open-all |
| decrypting said encrypted digital programming to form decrypted programming based on said control signal; and | The accused instrumentality discloses decrypting said encrypted (e.g., encrypted using cipher suite TLS_AES_256_GCM_SHA384) digital programming (e.g., encrypted video content programming, etc.) to form decrypted programming (e.g., video content programming, etc.) based on said control signal (e.g., session key parameters, etc.). <br><br> The accused instrumentality supports TLS 1.3 standard. It provides encrypted digital content (e.g., encrypted programming) to a user computer that accesses the website of the accused instrumentality. The TLS based secure communication comprises two layers, namely TLS handshake layer and TLS record layer. The accused instrumentality and the user computer exchange TLS handshake messages to set up a symmetric session key and then it transfers encrypted digital content using TLS record messages using the symmetric session key. The user computer decrypts (e.g., decrypting using cipher suite TLS_AES_256_GCM_SHA384) the encrypted digital content (e.g., encrypted |

programming) using the symmetric session key derived using the symmetric session key parameters (e.g., digital control signal) exchanged during TLS handshake messages.





https://www.qa.com/

# Building a data dream team: Insights from Costa Coffee

**We came together with experts from our client, Costa Coffee, to discuss the impact of data apprenticeships within their organisation.**



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



*Source: Fiddler capture*



Source: Fiddler capture

Source: Fiddler capture

At this point, the handshake is complete, and the client and server derive the keying material required by the record layer to exchange application-layer data protected through authenticated encryption. Application Data MUST NOT be sent prior to sending the Finished message, except as specified in Section 2.3.  Note that while the server may send Application Data prior to receiving the client's Authentication messages, any data sent at that point is, of course, being sent to an unauthenticated peer. encrypted digital control signal

https://datatracker.ietf.org/doc/html/rfc8446#section-5

### 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

```
struct {
    opaque content[TLSPlaintext.length];
    ContentType type;
    uint8 zeros[length_of_padding];
} TLSInnerPlaintext;

struct {
    ContentType opaque_type = application_data; /* 23 */
    ProtocolVersion legacy_record_version = 0x0303; /* TLS v1.2 */
    uint16 length;
    opaque encrypted_record[TLSCiphertext.length];
} TLSCiphertext;
```
https://datatracker.ietf.org/doc/html/rfc8446#section-5

**Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

7. **Cryptographic Computations**    digital control signal

The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below.  The key derivation process incorporates both the input secrets and the handshake transcript.  Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3

The TLS handshake is an Authenticated Key Exchange (AKE) protocol which is intended to provide both one-way authenticated (server-only) and mutually authenticated (client and server) functionality.  At the completion of the handshake, each side outputs its view of the following values:

- A set of "session keys" (the various secrets derived from the master secret) from which can be derived a set of working keys.

    key derived based on control signal

- A set of cryptographic parameters (algorithms, etc.).

- The identities of the communicating parties.

https://datatracker.ietf.org/doc/html/rfc8446#appendix-C

```
The TLS handshake is an Authenticated Key Exchange (AKE) protocol
which is intended to provide both one-way authenticated (server-only)

Establishing the same session keys:  The handshake needs to output
    the same set of session keys on both sides of the handshake,
    provided that it completes successfully on each endpoint (see
    [CK01], Definition 1, part 1).

Secrecy of the session keys:  The shared session keys should be known
    only to the communicating parties and not to the attacker (see
    [CK01], Definition 1, part 2).  Note that in a unilaterally
    authenticated connection, the attacker can establish its own
    session keys with the server, but those session keys are distinct
    from those established by the client.

Peer authentication:  The client's view of the peer identity should
    reflect the server's identity.  If the client is authenticated,
    the server's view of the peer identity should match the client's
    identity.
```

https://datatracker.ietf.org/doc/html/rfc8446#appendix-C

As shown below, During TLS handshake, symmetric session key parameters (e.g., digital control signals) are exchanged between a server and a client computer. These parameters are communicated securely using cryptographic keys. The parameters are used to generate symmetric session key.

## ± Server Handshake Keys Calc ×

The server now has the information to calculate the keys used to encrypt the rest of the handshake. It uses the following information in this calculation:

- client public key (from Client Hello)
- server private key (from Server Key Exchange Generation)
- SHA384 hash of ClientHello and ServerHello

encryption of control signal

First, the server finds the shared secret, which is the result of the key exchange that allows the client and server to agree on a number. The server multiplies the client's public key by the server's private key using the curve25519() algorithm. The 32-byte result is found to be:

https://tls13.xargs.org/#open-all

From this we get the following key data:

- handshake secret: bdbbe8757494bef20de932598294ea65b5e6bf6dc5c02a960a2de2eaa9b07c92907 8d2caa0936231c38d1725f179d299
- server handshake traffic secret: 23323da031634b241dd37d61032b62a4f450584d1f7f47983ba2f7cc0 cdcc39a68f481f2b019f9403a3051908a5d1622.
- client handshake traffic secret: db89d2d6df0e84fed74a2288f8fd4d0959f790ff23946cdf4c26d85e5 1bebd42ae184501972f8d30c4a3e4a3693d0ef0.
- server handshake key: 9f13575ce3f8cfc1df64a77ceaffe89700b492ad31b4fab01c4792be1b266b7f
- server handshake IV: 9563bc8b590f671f488d2da3
- client handshake key: 1135b4826a9a70257e5a391ad93093dfd7c4214812f493b3e3daae1eb2b1ac69
- client handshake IV: 4256d2e0e88babdd05eb2f27

https://tls13.xargs.org/#open-all

± Client Handshake Keys Calc ×

The client now has the information to calculate the keys used to encrypt the rest of the handshake. It uses the following information in this calculation:

- server public key (from Server Hello)
- client private key (from Client Key Exchange Generation)
- SHA384 hash of ClientHello and ServerHello

First, the client finds the shared secret, which is the result of the key exchange that allows the client and server to agree on a number. The client multiplies the server's public key by the client's private key using the curve25519() algorithm. The properties of elliptic curve multiplication will cause this to result in the same number found by the server in its multiplication. The 32-byte result is found to be:

df4a291baa1eb7cfa6934b29b474baad2697e29f1f920dcc77c8a0a088447624

https://tls13.xargs.org/#open-all

The connection (including the handshake) is encrypted from this point on. The encryption of handshake data is new in TLS 1.3.

https://tls13.xargs.org/#open-all

## Signature

Because the server is generating ephemeral keys for each session (optional in TLS 1.2, mandatory in TLS 1.3) the session is not inherently tied to the certificate as it was in previous versions of TLS, when the certificate's public/private key were used for key exchange.

To prove that the server owns the server certificate (giving the certificate validity in this TLS session), it signs a hash of the handshake messages using the private key associated with the certificate. The signature can be proven valid by the client by using the public key included in the certificate.

- `08 04` - reserved value for RSA-PSS-RSAE-SHA256 signature
- `01 00` - 0x100 (256) bytes of signature data follows
- `5c bb 24 ... 44 85 9c` - a signature over this handshake's hash

https://tls13.xargs.org/#open-all

## ± Client Application Keys Calc ×

The client now has the information to calculate the keys used to encrypt application traffic. It performs the same calculation shown in "Server Application Keys Calc" and finds the same values:

- server application key: 01f78623f17e3edcc09e944027ba3218d57c8e0db93cd3ac419309274700ac27
- server application IV: 196a750b0c5049c0cc51a541
- client application key: de2f4c7672723a692319873e5c227606691a32d1c59d8b9f51dbb9352e9ca9cc
- client application IV: bb007956f474b25de902432f

https://tls13.xargs.org/#open-all

| | |
|---|---|
| | **± Server Application Keys Calc** ×<br><br>The server now has the information to calculate the keys used to encrypt application traffic. It uses the following information in this calculation:<br><br>digital control signal<br><br>- The handshake secret (from "Server Handshake Key Calc")<br>- The SHA384 hash of every handshake message from Client Hello to Server Handshake Finished<br><br>We calculate the SHA384 hash of all handshake messages to this point(Client Hello, Server Hello, [unwrapped] Encrypted Extensions, [unwrapped] Server Certificate, [unwrapped] Server Certificate Verify, [unwrapped] Server Finished). The hash input does not include the 5-byte "record" headers of ClientHello and ServerHello. It also doesn't include the trailing 1-byte "record type" of unwrapped records. This "handshake_hash" is `fa6800169a6baac19159524fa7b9721b41be3c9db6f3f93fa 5ff7e3db3ece204d2b456c51046e40ec5312c55a86126f5`:<br><br>https://tls13.xargs.org/#open-all |
| presenting said decrypted programming to a viewer or listener. | The accused instrumentality discloses presenting said decrypted programming (e.g., video content programming, etc.) to a viewer (e.g., a user) or listener.<br><br>The accused instrumentality supports TLS 1.3 secure connection standard. It provides encrypted video content (e.g., encrypted programming) to a user computer that accesses the website of the accused instrumentality. When the user computer requests for video content, the server of the accused instrumentality establishes TLS 1.3 secure connection with the user computer and then transfers encrypted video data. The user computer decrypts the encrypted video data using a symmetric session key derived using a sequence of TLS handshake messages. |



# Why choose QA?



### Deeper expertise

Best-in-class content & know-how enabled by 450 QA in-house experts and ~40 technology & certification partners.

https://www.qa.com/

# Building a data dream team: Insights from Costa Coffee

We came together with experts from our client, Costa Coffee, to discuss the impact of data apprenticeships within their organisation.



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



https://www.qa.com/resources/case-studies/building-a-data-dream-team-with-costa-coffee/



Source: Fiddler capture

Source: Fiddler capture